IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00324-EWN-MJW

MARGARET L. YATES, et al.,

Plaintiffs,

v.

PORTOFINO EQUITY & MANAGEMENT COMPANY, LLC, et al.,

Defendants.

**ORDER**
**REGARDING PLAINTIFF'S MOTION PURSUANT TO FED. R. CIV. P. 26(D)(1) FOR LEAVE TO CONDUCT DISCOVERY AND TO STAY BRIEFING ON DEFENDANTS' JOINT MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**
**(DOCKET NOS. 52 AND 53)**
**(DOCKET NO. 71)**

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This matter is before the court on Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 26(d)(1) for Leave to Conduct Discovery and to Stay Briefing on Defendants' Joint Motion to Dismiss for Lack of Subject Matter Jurisdiction (docket nos. 52 and 52)(docket no. 71). The court has reviewed the subject motion (docket no. 71) and the responses (docket nos. 82 and 85) thereto. In addition, the court has taken judicial notice of the court's file and has further considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

In this case Defendants, Portofino Equity & Management Company, LLC ("PEMCO"); The Portofino Club, LLC; Rocks AZ 1, LLC; Sun River I, LLC; and Signature Destinations Club, LLC, filed their Joint Motion to Dismiss for Lack of Subject Matter Jurisdiction on May 19, 2008 (docket no. 52)("the Joint Motion"). Co-Defendants Portofino Real Estate Properties Company, LLC (PREPCO"), filed its Joinder in the Joint Motion to Dismiss for Lack of Subject Matter Jurisdiction on May 20, 2008 (docket no. 53). In such motions (docket nos. 52 and 53), the Defendants rely upon Ronald A. Tapp's affidavit and the Merger Agreement. *See* docket nos. 52-3 and 52-4.

Here, the court finds that Plaintiffs have demonstrated "good cause" to allow for some discovery on the issue of diversity jurisdiction pursuant to Fed. R. Civ. P. 26(d)(1) and McNatt v. Allied-Signal, Inc., 1992 WL 190621 (9th Cir. Aug. 11, 1992); Williamson v. Tucker, 645 F.2d 404, 414 (5th Cir. 1981).

**ORDER**

**WHEREFORE**, based upon these findings of fact and conclusions of law, this court **ORDERS**:

1. That Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 26(d)(1) for Leave to Conduct Discovery and to Stay Briefing on Defendants' Joint Motion to Dismiss for Lack of Subject Matter Jurisdiction (docket nos. 52 and 52)(docket no. 71) is GRANTED;

2. That Plaintiffs and all Defendants **except** Defendant Portofino Equity & Management Company, LLC, which is currently under a stay order issued

pursuant to 11 U.S.C. § 362, by the United States Bankruptcy Court for the District of Colorado, Case no. 08-17281-ABC, may conduct discovery on the issue of diversity jurisdiction only. Plaintiffs shall be permitted to serve 25 interrogatories, 25 requests for admissions, and 25 requests for production of documents upon all Defendants collectively, **except** Plaintiffs may not serve any discovery upon Defendant Portofino Equity & Management Company, LLC. Plaintiffs may also take up to three (3) depositions on the issue of diversity jurisdiction. Plaintiffs may take no further discovery without further Order of Court. All Defendants collectively, **except** Defendant Portofino Equity & Management Company, LLC, shall be permitted to serve 25 interrogatories, 25 requests for admissions, and 25 requests for production of documents upon Plaintiffs. All Defendants **except** Defendant Portofino Equity & Management Company, LLC, may also take up to three (3) depositions on the issue of diversity jurisdiction. No further discovery will be permitted by all Defendants without further Order of Court. That Plaintiffs and all Defendants **except** Defendant Portofino Equity & Management Company, LLC, shall be given until August 29, 2008, to complete the limited discovery as outlined above on the issue of diversity jurisdiction;

3. That the response brief by Plaintiffs to Defendants' (Portofino Equity & Management Company, LLC ("PEMCO"); The Portofino Club, LLC; Rocks AZ 1, LLC; Sun River I, LLC; and Signature Destinations Club, LLC) Joint

Motion to Dismiss for Lack of Subject Matter Jurisdiction (docket no. 52) and the Co-Defendants' Portofino Real Estate Properties Company, LLC (PREPCO") Joinder in the Joint Motion to Dismiss for Lack of Subject Matter Jurisdiction filed on May 20, 2008 (docket no. 53) shall be filed with the court by September 19, 2008. Reply briefs shall be filed with the court by September 30, 2008;

4. That each party shall pay their own attorney fees and costs for this motion.

5. That this case is set for a **status conference on September 30, 2008, at 8:30 a.m.** before Magistrate Judge Watanabe in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. At this status conference, the parties shall be prepared to update this court orally on the status of the discovery on the issue of diversity jurisdiction, status of the outstanding dispositive motions, and status on the United States Bankruptcy Court for the District of Colorado Case no. 08-17281-ABC.

Done this 30th day of June 2008.

                BY THE COURT

                s/ Michael J. Watanabe
                MICHAEL J. WATANABE
                U.S. MAGISTRATE JUDGE