IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00324-EWN-MJW

MARGARET L. YATES, et al.,

Plaintiff(s),

v.

PORTOFINO EQUITY & MANAGEMENT COMPANY, LLC, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Notice and Motion to Withdraw as Counsel, DN 91, filed with the Court on July 8, 2008, is GRANTED. Eric R. Jonsen is withdrawn as counsel for Defendant Ronald A. Tapp. Michael E. Lindsay and Dustin Lee Kitson shall continue as counsel of record for Ronald A. Tapp in this matter.

Date: July 9, 2008