IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00324-EWN-MJW

MARGARET L. YATES, et al.,

Plaintiff(s),

v.

PORTOFINO EQUITY & MANAGEMENT COMPANY, LLC, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Unopposed Motion to Vacate Dispositive Motion Deadline, DN 107, filed with the Court on October 13, 2008, is GRANTED, up to and including November 28, 2008. (See previous Minute Order issued by Magistrate Judge Watanabe on October 14, 2008.)

Date: October 15, 2008