IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2008-cv-00324-PAB-MJW

MARGARET L. YATES, an individual,
and
TODD F. MAYNES, an individual,

    Plaintiffs,

v.

PORTOFINO EQUITY & MANAGEMENT COMPANY, LLC, a Colorado Limited Liability Company,
also known as PORTOFINO DESTINATIONS CLUB,
also known as PORTOFINO DESTINATIONS CLUB LLC,
also known as PORTOFINO EQUITY AND MANAGEMENT CLUB, LLC;
PORTOFINO REAL ESTATE PROPERTIES COMPANY, LLC, a Colorado Limited Liability Company;
THE PORTOFINO CLUB, LLC, a Colorado Limited Liability Company,
also known as THE PORTOFINO CLUB;
ROCKS AZ 1, LLC, a Colorado Limited Liability Company,
also known as THE ROCKS,
also known as THE ROCKS, LLC;
SUN RIVER I, LLC, a Colorado Limited Liability Company;
SIGNATURE DESTINATIONS CLUB, LLC, a Washington Limited Liability Company;
RONALD A. TAPP, an individual,

    Defendants.

---

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO VACATE STATUS CONFERENCE (Docket No. 121)

THIS MATTER having come before the Court on Plaintiffs' Unopposed Motion to Vacate Status Conference, and the Court having reviewed said Motion and the file and being fully advised in the premises,

HEREBY finds that good cause exists and ORDERS that the status conference currently

08-cv-00324-PAB-MJW

set for December 16, 2008 is vacated.

**DATED** this 8th day of December 2008.

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO