IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 1:08-cv-00324-PAB-MJW


MARGARET L. YATES, an individual

and

TODD F. MAYNES, an individual,

        Plaintiffs,

v.

PORTOFINO EQUITY AND MANAGEMENT COMPANY,
LLC, a Colorado limited liability company,
also known as PORTOFINO DESTINATIONS CLUB,
also known as PORTOFINO DESTINATIONS CLUB, LLC,
also known as PORTOFINO EQUITY AND MANAGEMENT CLUB, LLC;
PORTOFINO REAL ESTATE PROPERTIES COMPANY, LLC, a Colorado
limited liability company;
THE PORTOFINO CLUB, LLC, a Colorado limited liability company,
also known as THE PORTOFINO CLUB;
ROCKS AZ 1, LLC, a Colorado limited liability company,
also known as THE ROCKS,
also known as THE ROCKS, LLC;
SUN RIVER 1, LLC, a Colorado limited liability company;
SIGNATURE DESTINATIONS CLUB, LLC, a Washington limited
liability company;
RONALD A. TAPP, an individual,

        Defendants.

---

**ORDER GRANTING MOTION TO WITHDRAW DENNIS KAW AS COUNSEL OF
RECORD** ( Docket No. 188 )

---

1

THIS MATTER comes before the Court pursuant to the Motion to Withdraw Dennis Kaw as Counsel of Record filed by Alan Sweetbaum, the Court being fully advised, hereby states:

IT IS HEREBY ORDERED:

1.    The Motion to Withdraw Dennis Kaw as Counsel of Record is GRANTED.

2.    Dennis Kaw is hereby withdrawn as counsel of record for Defendant Portofino Real Estate Properties Company, LLC.

3.    Alan Sweetbaum of Sweetbaum, Levin & Sands, P.C. shall remain as counsel of record for Defendant Portofino Real Estate Properties Company, LLC.

DONE AND SIGNED this 28th day of _____September_____, 2010.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

4.    Clerk of Court shall remove Dennis Kaw on the CM/ECF Electronic Mailing List.